Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 3

| | |
|---|---|
| Far East American, Inc. and Liberty Woods International, Inc.<br><br>                               **Plaintiff,**<br>v.<br><br>**UNITED STATES,**<br>                               **Defendant.** | **S U M M O N S**<br><br>CIT 22-00213 |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

1. Far East American, Inc. and Liberty Woods International, Inc., importer of covered merchandise and party to EAPA investigation, 19 U.S.C. 1517
   (Name and standing of plaintiff)

2. EAPA Case No. 7252 re: Certain Hardwood Plywood Products From China CBP Notice of Determination as to Evasion (Jan. 28, 2022) and CBP Determination pursuant to administrative review (June 6, 2022)
   (Brief description of contested determination)

3. January 28, 2022 and June 6, 2022
   (Date of determination)

4. Unpublished
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Gregory S. Menegaz
Signature of Plaintiff's Attorney

July 20, 2022
Date

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Gregory S. Menegaz
deKieffer & Horgan, PLLC
1090 Vermont Avenue, N.W. Ste 410
Washington, D.C. 20005
202-783-6900

**SEE REVERSE SIDE**