# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | | |
|---|---|---|
| FAR EAST AMERICAN, INC., *et al.*, | : | |
| Plaintiffs, | : | Court No. 22-00213 |
| v. | : | |
| UNITED STATES, | : | |
| Defendant. | : | |
| AMERICAN PACIFIC PLYWOOD, INC., | : | |
| Plaintiff, | : | Court No. 20-00214 |
| v. | : | |
| UNITED STATES, | : | |
| Defendant. | : | |

## ORDER

Upon consideration of defendant's motion to consolidate cases, it is hereby

ORDERED that defendant's motion is granted; and it is further

ORDERED that *Far East American, Inc., et al., v. United States*, Court No. 22-00213, and *American Pacific Plywood, Inc., v. United States*, are consolidated under *Far East American, Inc., et al., v. United States*, Court No. 22-00213; and it is further

ORDERED that the administrative record to be filed in Court No. 22-00213 will serve as the administrative record for the consolidated action, and that the record need not be filed separately in the other cases.

_____
CHIEF JUDGE

Dated:_____, 2022

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | | |
|---|---|---|
| FAR EAST AMERICAN, INC., *et al.*, : | | |
| : | | |
| Plaintiffs, : | Court No. 22-00213 | |
| : | | |
| v. : | | |
| UNITED STATES, : | | |
| : | | |
| Defendant. : | | |
| : | | |
| AMERICAN PACIFIC PLYWOOD, INC., : | | |
| : | | |
| Plaintiff, : | Court No. 20-00214 | |
| : | | |
| v. : | | |
| UNITED STATES, : | | |
| : | | |
| Defendant. : | | |

**DEFENDANT'S MOTION TO CONSOLIDATE CASES**

Pursuant to USCIT Rule 42, defendant, the United States, respectfully requests that the Court consolidate *Far East American, Inc., et al., v. United States*, Court No. 22-00213, and *American Pacific Plywood, Inc., v. United States*, Court No. 22-00214, under *Far East American, Inc., et al., v. United States*, Court No. 22-00213.  On August 4-5, 2022, undersigned counsel for the Government contacted counsel Greg Menegaz, counsel for plaintiffs Far East American, Inc. and Liberty Woods, International, Inc., (collectively FEA) and Frederic Van Arnam, Jr., counsel for American Pacific Plywood, Inc., (APPI) via email to obtain their positions on this motion.  Counsel for both parties asked undersigned counsel for the Government to agree to certain word limits that would potentially be allowed for each plaintiff's

opening and reply brief in a consolidated case.  The Government submits that a discussion of word limits is premature and can be addressed in the joint status report required under USCIT R. 56(a)(2).

This motion should be granted for good cause.  The plaintiffs in Court Nos. 22-00213 and 22-00214 are importers that are challenging, in whole or in part, the January 28, 2022 final determination issued by U.S. Customs and Border Protection (CBP) in Enforce and Protect Act (EAPA) Case Number 7252, and the June 6, 2022, decision issued by CBP's Office of Regulations and Ruling (OR&R) in administrative appeal number H323923, which affirmed the final determination, as supplemented by OR&R on July 6, 2022 in administrative appeal number H325765.  As such, each case involves the same administrative determinations.  The two cases also involve common questions of law and fact because both complaints allege that CBP was not authorized to initiate the EAPA investigation based upon the allegations submitted by Plywood Source (FEA Compl., No. 22-00213, ECF No. 6, July 20, 2022, ¶¶ 43-49; APPI Compl., No. 22-00214, ECF No. 5, July 20, 2022, ¶¶ 86-88), and both allege that CBP violated the plaintiffs' due process rights by not establishing a protective order so that parties could access confidential information.  FEA Compl., ¶¶ 63-66; APPI Compl., ¶¶ 97-99.  Thus, consolidating these cases will promote judicial efficiency and conserve the resources of the parties and the Court because it will reduce the number of duplicative filings that would occur if the cases remained separate.  *See* USCIT Rule 1.  Consolidating the cases will also eliminate the need to file separately an administrative record and a proposed briefing schedule in each of the actions.  Further, if the cases remained separate actions, and the Court decided to remand to CBP any particular determination in EAPA Case Number 7252, the subsequent remand redeterminations by the agency may reach the Court at differing times, thereby resulting in a disorderly progression of

the cases through this Court, and if appealed, through the United States Court of Appeals for the Federal Circuit. Given these considerations, consolidating the cases is appropriate.

For these reasons, we respectfully request that the Court grant our motion to consolidate these cases.

                                            Respectfully Submitted,

                                            BRIAN M. BOYNTON
                                            Principal Deputy Assistant Attorney General

                                            PATRICIA M. McCARTHY
                                            Director

                                            /s/ Franklin E. White, Jr.
                                            FRANKLIN E. WHITE, JR.
                                            Assistant Director


                                            /s/ Elizabeth A. Speck
OF COUNSEL:                                 ELIZABETH A. SPECK
CHRISTOPHER BERRIDGE                        Senior Trial Counsel
Attorney                                    U.S. Dept. of Justice
Office of the Chief Counsel                 Civil Division
Enforcement and Operations                  Commercial Litigation Branch
U.S. Customs and Border Protection          P.O. Box 480
Washington, D.C.                            Ben Franklin Station
                                            Washington, D.C. 20044
                                            Telephone: (202) 307-0369
                                            E-mail: elizabeth.speck@usdoj.gov

August 8, 2022                              Attorneys for Defendant

3

4