## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| FAR EAST AMERICAN, INC., *et al.*, <br><br>                 Plaintiffs, <br><br>       v. <br><br> UNITED STATES, <br><br>                 Defendant. | Court No. 22-00213 |
| AMERICAN PACIFIC PLYWOOD, INC., <br><br>                 Plaintiff, <br><br>       v. <br><br> UNITED STATES, <br><br>                 Defendant. | Court No. 22-00214 |

## ORDER

Upon consideration of defendant's motion to consolidate cases, it is hereby

ORDERED that defendant's motion is granted; and it is further

ORDERED that *Far East American, Inc., et al. v. United States*, Court No. 22-00213, and *American Pacific Plywood, Inc. v. United States*, Court No. 22-00214, are consolidated under *Far East American, Inc., et al. v. United States*, Court No. 22-00213; and it is further

ORDERED that the administrative record to be filed in Court No. 22-00213 will serve as the administrative record for the consolidated action, and that the record need not be filed separately in the other cases.

Dated: August 9, 2022

/s/ Mark A. Barnett
CHIEF JUDGE